**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

**VS.**                            **NO. 4:07CR00261 JLH**

**TIMOTHY ALAN COURTNEY**                                       **DEFENDANT**

**ORDER**

I.    Background:

Defendant Timothy Alan Courtney was arrested on August 9, 2007, and made an Initial Appearance on that same day. He has been charged with advertising to transport material involving sexual exploitation of a minor; distribution of material involving sexual exploitation of a minor; advertising material involving sexual exploitation of a minor; and possession of material involving sexual exploitation of a minor.

Defendant waived a detention hearing at his Initial Appearance, but reserved the right to a hearing at a later date. At Defendant's request, a detention hearing was held on August 15, 2007. The Defendant appeared at the hearing along with his attorney. His father traveled to Little Rock from his home in Albany, New York to testify at the hearing on Defendant's behalf. Testimony presented by the Government at the detention hearing indicated that materials allegedly confiscated from Defendant's computer included graphic images of sexual acts perpetrated on very young children. Evidence also was adduced that Defendant was in Little Rock, Arkansas, working temporarily as a pediatric

nurse, and that Arkansas is neither his domicile nor his permanent residence. Defendant was ordered detained based on both the risk of flight and danger to the community (docket entry #6).

On December 10, 2007, Defendant filed his First Motion for Release from Custody (docket entry #16). The motion was denied on the ground that Defendant proffered no new evidence to justify amending the Court's Order of Detention entered on August 15, 2007.

On January 30, 2008, Defendant filed an Amended Motion for Reasonable Bond (#24) and a Renewed Motion for a Reasonable Bond (#25).[1] The Assistant United States Attorney responded to the pending motions for bond, objecting to Defendant's release from custody pending trial. Chief Judge J. Leon Holmes, the presiding District Judge in this case, referred the motions for bond (#24, #25) to the undersigned for disposition.

II.  Discussion:

Title 18 U.S.C. § 3142 provides that a detention hearing may be reopened if the court finds that there is information available that was not known to the movant at the time of the hearing. The new information must have "a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of such

---

[1] The Amended Motion (#24) and Renewed Motion (#25) are identical, except that exhibits are attached to the Renewed Motion.

person as required and the safety of any other person and the community." 18 U.S.C. § 3142(f)(2)(B).

Defendant has attached to his pending motions for bond a number of testimonials from long-time family friends, church members, former employers, and former patients attesting to Defendant's good character. The question before the Court, however, is (1) whether there is new information that was not known to the Defendant at the time of the detention hearing; and (2) whether that new information has a material bearing on whether Defendant is a risk of flight or a danger to the community. *Id.*

There is no information in the pending motions for bond that was not reasonably available at the time of the detention hearing in August. The letters of support attached to the motions indicate that Defendant comes from a stable, loving home, and that Defendant has been an active church member his whole life. The letters are in accord with the testimony of Defendant's father at the detention hearing. The letters are not, however, new information that was unknown to Defendant at the time of the detention hearing. While information concerning family ties might be relevant to the issue of risk of flight, it is unpersuasive on the issue of risk to children in the community.

Accordingly, the Amended Motion for a Reasonable Bond (#24) and Renewed Motion for a Reasonable Bond (#25) are DENIED. Defendant is ordered to remain in the custody of the United States Marshal pending trial, which is currently set to commence the week of April 28, 2008.

DATED this 4th day of February, 2008.

_____
UNITED STATES MAGISTRATE JUDGE