## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.                          No. 4:07CR00261 JLH

TIMOTHY ALAN COURTNEY

### ORDER

On July 24, 2008, Timothy Alan Courtney filed a motion to suppress evidence obtained during the execution of a search warrant. The court referred that motion to Magistrate Judge Beth Deere for recommended disposition. Judge Deere issued a report and recommendation on September 22, 2008, in which she recommended that the motion to suppress be denied. Objections were due on or before October 9, 2008. No objections were filed. On November 20, 2008, Mr. Courtney appeared before the Court and entered a plea of guilty to Count 1 of the indictment. The remaining counts were dismissed on motion of the government. The motion to suppress is therefore denied. Document #54.

IT IS SO ORDERED this 20th day of November, 2008.

_J. Leon Holmes_
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE